IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NICOLAS DeFOSSETT,       ) | |
|    *Plaintiff,*    ) | |
| ) | CIVIL ACTION |
| vs.    ) | |
| ) | FILE No. 5:22-cv-1211-DAE |
| TERRA MIRAGE, LLC, d/b/a    ) | |
| QUADRANGLE OFFICE MALL,    ) | |
|    *Defendant(s).*    ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff NICHOLAS DeFOSSETT ("Plaintiff") respectfully provides this notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Plaintiff therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and prepare and file dismissal papers with the Court.

                                                     Respectfully submitted,
                                                     **KURZ LAW GROUP, LLC**
                                                     3455 Cobb Parkway, SE, Suite J-285
                                                   Atlanta, GA 30339
                                                   www.kurzlawgroup.com
                                                   (404) 805-2494 Telephone
                                                   (770) 428-5356 Facsimile
                                                   By:  */s/ Dennis R. Kurz*
                                                             Dennis R. Kurz
                                                            Texas State Bar No. 24068183
                                                            dennis@kurzlawgroup.com
                                                   **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 13th day of February, 2023, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Mr. Rami Kotel
**KOTEL INVESTMENTS, INC.**
rami@kotelinvestments.com
*Representative for Defendant,*
*Terra Mirage, LLC d/b/a Quadrangle Office Mall*

                                            */s/ Dennis R. Kurz*
                                            Dennis R. Kurz