IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **NICOLAS DeFOSSETT,** | ) | |
|     *Plaintiff,* | ) | |
| | ) | **CIVIL ACTION** |
| vs. | ) | |
| | ) | **FILE No. 5:22-cv-1211-DAE** |
| **TERRA MIRAGE, LLC, d/b/a** | ) | |
| **QUADRANGLE OFFICE MALL,** | ) | |
|     *Defendant(s).* | ) | |

**PLAINTIFF'S STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**

COMES NOW the Plaintiff, **NICHOLAS DeFOSSETT** ("Plaintiff"), by and through the undersigned counsel, and hereby files this, his Stipulation to Dismiss Complaint with Prejudice. Plaintiff has resolved all issues with this Defendant and no longer desires to proceed with his cause of action against **TERRA MIRAGE, LLC d/b/a QUADRANGLE OFFICE MALL** ("Defendants") and respectfully requests the Honorable Court dismiss Plaintiff's causes of action against Defendant with Prejudice.

    Respectfully submitted,
    **KURZ LAW GROUP, LLC**
    3455 Cobb Parkway, SE, Suite J-285
    Atlanta, GA 30339
    www.kurzlawgroup.com
    (404) 805-2494 Telephone
    (770) 428-5356 Facsimile
    By:  */s/ Dennis R. Kurz*
          Dennis R. Kurz
          Texas State Bar No. 24068183
          dennis@kurzlawgroup.com
    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of April, 2023, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Mr. Rami Kotel
**KOTEL INVESTMENTS, INC.**
rami@kotelinvestments.com
*Representative for Defendant,*
*Terra Mirage, LLC d/b/a Quadrangle Office Mall*

                                                      */s/ Dennis R. Kurz*
                                                      Dennis R. Kurz